**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-579-MOC-DCK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | <u>**ORDER**</u> |
| ) | |
| **APPROXIMATELY $295,798.42 IN UNITED** ) | |
| **STATES FUNDS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Seal Motion And Order Regarding Stay (By Consent)" (Document No. 7) filed November 6, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Seal Motion And Order Regarding Stay (By Consent)" (Document No. 7) is **GRANTED**.

Signed: November 6, 2013

David C. Keesler
United States Magistrate Judge